1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD GAMER,

                    Plaintiff,

        v.

JOSEPH LEHMAN,

                    Defendant.

Case No.  C05-5083RBL

ORDER ADOPTING
REPORT AND
RECOMMENDATION

        The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of

Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and

the remaining record, does hereby find and ORDER:

        (1)     The Court adopts the Report and Recommendation;

        (2)     This action is **DISMISSED** as time barred.

        (3)     Clerk is directed to send copies of this Order to counsel for plaintiff, counsel for

                defendants, and to the Hon. Karen L. Strombom.

        DATED this 3rd day of October, 2005.


                                _____
                                RONALD B. LEIGHTON
                                UNITED STATES DISTRICT JUDGE

ORDER
Page - 1